# Docket No. 25-5754

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

PEOPLE OF THE STATE OF CALIFORNIA, by and through Dawyn R. Harrison, County Counsel for the County of Los Angeles and COUNTY OF LOS ANGELES,

*Plaintiffs-Appellees,*

v.

CHIQUITA CANYON, LLC, a Delaware limited liability company,
CHIQUITA CANYON, INC., a Delaware corporation and WASTE CONNECTIONS US, INC.,

*Defendants-Appellants.*

———————————————

*Appeal from a Decision of the United States District Court for the Central District of California,
No. 2:24-cv-10819-MEMF-MAR · Honorable Maame Ewusi-Mensah Frimpong*

## EXCERPTS OF RECORD
## INDEX VOLUME

PAUL S. CHAN
ARIEL A. NEUMAN
SHOSHANA E. BANNETT
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
(310) 201-2100

JACOB P. DUGINSKI
BEVERIDGE & DIAMOND P.C.
333 Bush Street, Suite 1500
San Francisco, CA 94104
(415) 262-4000

KAITLYN D. SHANNON
MEGAN L. MORGAN
JAMES B. SLAUGHTER
MEGAN R. BRILLAULT
KATELYN E. CIOLINO
BEVERIDGE & DIAMOND P.C.
1900 N Street, N.W., Suite 100
Washington, DC 20036-1661
(202) 789-6000

*Attorneys for Defendants-Appellants Chiquita Canyon, LLC,
Chiquita Canyon, Inc., and Waste Connections US, Inc.*

 COUNSEL PRESS INC. (213) 680-2300     PRINTED ON RECYCLED PAPER 

# INDEX

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 12 - Pages 1 to 22** | | | |
| Preliminary Injunction Order | August 29, 2025 | 153 | 2 |
| **Volume 2 of 12 - Pages 23 to 318** | | | |
| Designation of Record on Appeal | September 28, 2025 | 158 | 24 |
| Order Denying Ex Parte Application for Leave to File Supplemental Evidence in Opposition to Plaintiffs Motion for Preliminary Injunction | September 2, 2025 | 154 | 27 |
| Plaintiffs Opposition to Ex Parte Application for Leave to File Supplemental Evidence | August 14, 2025 | 152 | 29 |
| Request for Judicial Notice in Opposition to Ex Parte Application for Leave to File Supplemental Evidence | August 14, 2025 | 152-1 | 38 |
| **Volume 3 of 12 - Pages 319 to 603** | | | |
| Defendants Ex Parte Application for Leave to File Supplemental Evidence in Opposition to Preliminary Injunction | August 11, 2025 | 151 | 320 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Katelyn E. Ciolino in Support of Ex Parte Application for Leave to File Supplemental Evidence | August 11, 2025 | 151-1 | 327 |
| Supplemental Declaration of Patrick Sullivan | August 11, 2025 | 151-2 | 330 |
| Defendants' Response to County Plaintiffs' Objections to Evidence Proffered by Defendants | July 11, 2025 | 128 | 338 |
| Order re Defendants Request for Remote Testimony of Community Declarants | July 11, 2025 | 127 | 346 |
| Plaintiffs Objections to Evidence Proffered by Defendants After Completion of Briefing on Motion | July 11, 2025 | 126 | 349 |
| Amended Supplemental Declaration of M. Laurentius Marais | July 10, 2025 | 121 | 362 |
| Order Denying Application for Leave to File Under Seal Portions of Supplemental Declaration of Marais | July 9, 2025 | 120 | 394 |
| Order Denying Ex Parte Application to Shorten Time for Rule 702 Motions [ECF No. 101] and Motions in Limine [ECF Nos. 99, 100] | July 7, 2025 | 119 | 396 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Updated Joint Statement re Judicial Site Visit Protocol | July 9, 2025 | 118 | 399 |
| Attachment A- Factual Script for Judicial Site Visit Stops | July 9, 2025 | 118-1 | 407 |
| Attachment B – City of Los Angeles Fire Department Waiver and Release of Claims | July 9, 2025 | 118-2 | 413 |
| Attachment C – Driving Directions to 29201 Henry Mayo Dr., Castaic, CA 91384 | July 9, 2025 | 118-3 | 415 |
| Supplemental Declaration of Steven J. Cassulo in Opposition to Preliminary Injunction Motion | July 7, 2025 | 114 | 423 |
| Supplemental Declaration of Patrick Sullivan in Opposition to Preliminary Injunction Motion | July 7, 2025 | 113 | 462 |
| Order Granting in Part and Denying in Part Defendant's Ex Parte Application for Leave to File Sur-Reply and Response to Evidentiary Objections | July 7, 2025 | 112 | 499 |
| Excerpt of Notice of Errata correcting Declaration of Richard Pleus with Exhibits (Continued In Volume 4) | July 7, 2025 | 110 | 502 |

4

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 4 of 12 - Pages 604 to 899** | | | |
| Excerpt of Notice of Errata correcting Declaration of Richard Pleus with Exhibits | July 7, 2025 | 110 | 605 |
| Supplemental Joint Status Report re Preliminary Injunction Hearing | July 1, 2025 | 103 | 696 |
| Defendants Ex Parte Application for Leave to File Sur Reply and Response to Evidentiary Objections | June 26, 2025 | 92 | 716 |
| Declaration of S. Bannett in Support of Ex Parte Application for Leave to File Sur Reply and Response to Evidentiary Objections | June 26, 2025 | 92-1 | 724 |
| Declaration of S. Bannett - Exhibit 1 – Proposed Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction | June 26, 2025 | 92-2 | 726 |
| Declaration of S. Bannett - Exhibit 2 – Proposed Defendants' Response to Plaintiffs' Evidentiary Objections to Defendants' Evidence in Opposition to Motion for a Preliminary Injunction | June 26, 2025 | 92-3 | 731 |

5

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of M. Laurentius Marais | June 25, 2025 | 89-1 | 742 |
| Plaintiffs Reply in Support of Preliminary Injunction Motion | June 20, 2025 | 87 | 783 |
| Plaintiffs Evidentiary Objections | June 20, 2025 | 87-1 | 798 |
| Plaintiffs Response to Defendants' Evidentiary Objections | June 20, 2025 | 87-2 | 806 |
| Defendants Request for Judicial Notice in Opposition to Preliminary Injunction Motion | June 12, 2025 | 84 | 813 |
| Defendants Request for Judicial Notice – Exhibit 1- Letter from Kathryn Barger to Assemblymembers Tina McKinnor and Pilar Schiavo, dated April 18, 2025 | June 12, 2025 | 84-1 | 819 |
| Defendants Request for Judicial Notice – Exhibit 2- Letter from Nancy Ward to multiple California State Assembly Members and member of the United States House of Representatives, dated October 24, 2024 | June 12, 2025 | 84-2 | 827 |

6

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Defendants Request for Judicial Notice – Exhibit 3- Notice granting an extension of time to allow the Landfill to correct violations | June 12, 2025 | 84-3 | 830 |
| Defendants Request for Judicial Notice – Exhibit 4- 2024-25 Final Adopted Budget Charts for Los Angeles County | June 12, 2025 | 84-4 | 832 |
| Defendants Request for Judicial Notice – Exhibit 7- Letter from Megan Morgan, Kaitlyn Shannon and Jacob P. Duginski to Daniel Ziarkowski and Peter Ruttan, dated April 9, 2025 | June 12, 2025 | 84-7 | 842 |
| Defendants Request for Judicial Notice – Exhibit 8- Letter from Megan Morgan, Kaitlyn Shannon and Jacob P. Duginski to Karen Gork and Zoe Heller, dated May 16, 2025 | June 12, 2025 | 84-8 | 852 |
| Declaration of Angela Perez in Opposition to Preliminary Injunction Motion | June 12, 2025 | 83 | 865 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 5 of 12 - Pages 900 to 1179** | | | |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 1-List of Published Articles referenced in the Curriculum Vitae of Angela Perez | June 12, 2025 | 83-1 | 901 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 2- Community Air Sampling and Health Risk Screening Evaluation Report prepared by Roux Associates on February 7, 2024 | June 12, 2025 | 83-1 | 915 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 3- Chiquita Canyon Landfill Health Impacts Report prepared by CTEH and Intertox on behalf of Chiquita Canyon, LLC on August 1, 2024 | June 12, 2025 | 83-1 | 959 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 5- Cancer Surveillance Program Report, dated March 11, 2025, requested by Dr. Barbara Ferrer | June 12, 2025 | 83-1 | 1039 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 6- Third Quarter 2023 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Munit Davis | June 12, 2025 | 83-2 | 1043 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 7- Third Quarter 2023 Enhanced Air Monitoring Program (EAMP) report (2023 Q3 EAMP Report) prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-2 | 1051 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 8- Fourth Quarter 2023 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-2 | 1064 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 9- Fourth Quarter 2023 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-2 | 1072 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 10- First Quarter 2024 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-2 | 1081 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 11- Second Quarter 2024 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-2 | 1089 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 12, Part 1 of 2 - Second Quarter 2024 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-3 | 1097 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction – Exhibit 13- Third Quarter 2024 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-5 | 1108 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 14, Part 1 of 2- Third Quarter 2024 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-6 | 1118 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 15- Fourth Quarter 2024 Community Air Monitoring Program (CAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-8 | 1128 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 16, Part 1 of 2- Fourth Quarter 2024 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-9 | 1137 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 17- First Quarter 2024 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-11 | 1147 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 18- First Quarter 2025 Community Air Monitoring Program (CAMP) reports, Chiquita Canyon Landfill prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-11 | 1157 |
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 19, Part 1 of 2- First Quarter 2025 Enhanced Air Monitoring Program (EAMP) report prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-12 | 1165 |

13

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Excerpt of Declaration of Angela Perez in Opposition to Preliminary Injunction Motion – Exhibit 20- April 2025 Monthly Data Report, Chiquita Canyon Landfill prepared by SCS Engineers on behalf of Chiquita Canyon LLC to Dr. Muntu Davis | June 12, 2025 | 83-14 | 1175 |
| **Volume 6 of 12 - Pages 1180 to 1465** | | | |
| Memorandum of Points in Authorities in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82 | 1181 |
| Declaration of Jennifer Pitts in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-1 | 1214 |
| Declaration of Patrick Passarella in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-2 | 1251 |
| Declaration of Kaitlyn Shannon in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-3 | 1256 |
| Declaration of Craig Benson in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-5 | 1317 |

14

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Patrick Sullivan of Opposition to Preliminary Injunction Motion (Continued In Volume 7) | June 12, 2025 | 82-6 | 1389 |
| **Volume 7 of 12 - Pages 1466 to 1762** | | | |
| Declaration of Patrick Sullivan of Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-6 | 1467 |
| Declaration of Steven Cassulo in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-7 | 1696 |
| Defendants' Evidentiary Objections in Opposition to Preliminary Injunction Motion | June 12, 2025 | 82-9 | 1719 |
| **Volume 8 of 12 - Pages 1763 to 1984** | | | |
| Order Denying Ex Parte Application re Discovery and Continuance | June 10, 2025 | 75 | 1764 |
| County Opposition to Defendants' Ex Parte Application re Discovery and Continuance | June 6, 2025 | 73 | 1770 |

15

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Attorney Deborah Fox Declaration in Support of County Opposition to Ex Parte Application re Discovery and Continuance | June 6, 2025 | 73-1 | 1787 |
| Ex Parte Application re Discovery and Continuance | June 4, 2025 | 71 | 1804 |
| Annexed to Ex Parte Application – Propounded Discovery | June 4, 2025 | 71-1 | 1836 |
| Declaration of Ariel Neuman in Support of Ex Parte Application re Discovery and Continuance | June 4, 2025 | 71-2 | 1941 |
| Declaration of Ariel Neuman in Support of Ex Parte Application re Discovery and Continuance – Exhibit 1- Letter from Kaitlyn D. Shannon, Jacob P. Duginski, Paul S. Chan and Ariel A. Neuman to Deborah J. Fox and Jenny L. Riggs, dated June 2, 2025 | June 4, 2025 | 71-3 | 1946 |
| Declaration of Ariel Neuman in Support of Ex Parte Application re Discovery and Continuance – Exhibit 2- Email from Deborah Fox to Kaitlyn D. Shannon and others, dated June 3, 2025 | June 4, 2025 | 71-4 | 1952 |

16

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Ariel Neuman in Support of Ex Parte Application re Discovery and Continuance – Exhibit 3- Biography of Chiquita Canyon Community Relief Program | June 4, 2025 | 71-5 | 1957 |
| Excerpt of Declaration of Alex Garcia in Support of Motion for Preliminary Injunction | May 29, 2025 | 64 | 1962 |
| **Volume 9 of 12 - Pages 1985 to 2273** | | | |
| Excerpt of Declaration of Amanda Sanders in Support of Motion for Preliminary Injunction | May 29, 2025 | 63 | 1986 |
| Declaration of Jennifer Riggs in Support of Motion for Preliminary Injunction | May 29, 2025 | 61 | 2134 |
| Declaration of Health Officer Muntu Davis in Support of Motion for Preliminary Injunction | May 29, 2025 | 60 | 2195 |
| Declaration of Chief Data Officer Harold Campbell in Support of Motion for Preliminary Injunction | May 29, 2025 | 60-1 | 2218 |
| Declaration of Steven Howse in Support of Motion for Preliminary Injunction | May 29, 2025 | 59 | 2256 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Stephen Perera in Support of Motion for Preliminary Injunction | May 29, 2025 | 59-1 | 2264 |
| Declaration of John Suggs in Support of Motion for Preliminary Injunction | May 29, 2025 | 59-2 | 2267 |
| Notice of Motion for Preliminary Injunction | May 29, 2025 | 58 | 2271 |
| **Volume 10 of 12 - Pages 2274 to 2360** | | | |
| Memorandum in Support of Motion for Preliminary Injunction | May 29, 2025 | 58-1 | 2275 |
| Request for Judicial Site Visit | May 29, 2025 | 56 | 2307 |
| Los Angeles County Complaint | December 16, 2024 | 1 | 2311 |
| **Volume 11 of 12 - Pages 2361 to 2631** | | | |
| Transcript for Proceedings Held on July 14, 2025 | July 21, 2025 | 139 | 2362 |
| **Volume 12 of 12 - Pages 2632 to 2890** | | | |
| Transcript for Proceedings Held on July 15, 2025 | July 21, 2025 | 140 | 2633 |
| Transcript for Proceedings Held on July 17, 2025 | July 21, 2025 | 147 | 2761 |

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Notice of Appeal to the 9th Circuit Court of Appeals | September 10, 2025 | 156 | 2838 |
| Civil Docket, United States District Court for the Central District of California, Case No. 2:24-cv-10819-MEMF-MAR | — | — | 2864 |